FILED
01 JUL 25 PM 4:03
CLERK U.S. DIST. COURT
DULUTH MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

COMMUNITY CARE GROUP, L.L.C.,

Plaintiff,

Civil File No. 01-CV-1148 DWF/RLE

vs.

**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER**

STEARNS BANK, NATIONAL ASSOCIATION

Defendant,

---

WHEREAS, the summons in the above-referenced civil action was issued on June 26, 2001, and served on Stearns Bank, National Association, on or about June 28, 2001;

WHEREAS, the answer under the Federal Rules of Civil Procedure is due on or about July 18, 2001;

WHEREAS, only a partial copy of the summons and complaint has been provided as of today's date to the Fryberger, Buchanan, Smith & Frederick, P.A., the firm retained to represent Stearns Bank, National Association;

WHEREAS, the complaint was only provided to Fryberger, Buchanan, Smith & Frederick, P.A. as of today's date; and,

WHEREAS, the plaintiff is agreeable to a modest extension of the time within which to serve and file the answer in this action,

IT IS HEREBY STIPULATED AND AGREED:

1. That defendant shall file its answer on or before **July 25, 2001.**



FILED JUL 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

2. L.R. 5.5 providing for the filing of the answer shall run as of service of the answer, as provided for in paragraph 1.

Dated: July 16, 2001.

**FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.**

Stephanie A Ball

Stephanie A. Ball
Attorney Registration No. 191991
700 Lonsdale Building
302 West Superior Street
Duluth, Minnesota 55802
(218) 722-0861
ATTORNEYS FOR DEFENDANT

Dated: July 17, 2001.

**MASLON, EDELMAN, ET AL.**

Margaret A. Garvin
Attorney Registration No. 294226
3300 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-1498
(612) 672-8200
ATTORNEYS FOR PLAINTIFF

**ORDER**

Based upon the foregoing Stipulation of the parties, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that the time period for service of an answer is hereby extended until July 25, 2001.

**BY THE COURT:**

Dated: 7/25/01

Raymond L. Erickson

Raymond L. Erickson
Magistrate Judge of United States District Court