**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Community Care Group, LLC, | Civil No. 01-1148 (DWF/RLE)

Plaintiff,

v. | **ORDER**

Stearns Bank, National Association,

Defendant.

---

Justin H. Perl, Esq., and Margaret A. Garvin, Esq., Maslon Edelman Borman & Brand, 3300 Norwest Center, 90 South Seventh Street, Minneapolis, MN 55402-4140, counsel for Plaintiff.

Shawn M. Dunlevy, Esq., and Stephanie A. Ball, Esq., Fryberger Buchanan Smith & Frederick, 700 Lonsdale Building, 302 West Superior Street, Duluth, MN 55802, counsel for Defendant.

---

The Court having been advised by counsel that the above action has been settled,

**IT IS HEREBY ORDERED:**

That this action is hereby **DISMISSED WITH PREJUDICE**, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: December 14, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK