UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Community Care Group, LLC,

Plaintiff,

vs.

Stearns Bank, National Association,

Defendant.

Civ. File No. 01-CV-1148 (DWF/RLE)

**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Community Care Group, LLC and Defendant Stearns Bank, National Association, through their respective legal counsel, that the above action, including Defendant's asserted and proposed counterclaims, may hereby be dismissed with prejudice, without costs, disbursements, or attorneys' fees to any of the parties.

Dated: ~~December~~ January 4, ~~2001~~ 2002

MASLON EDELMAN BORMAN & BRAND, LLP

By ______________________

Justin H. Perl (#151397)
Margaret A. Garvin (#294226)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

**ATTORNEYS FOR PLAINTIFF**

FILED JAN 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 22 2002
DEPUTY CLERK ______

Dated: December 31 ,2001

FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.

By Stephanie Ball

Stephanie A. Ball (#191991)
Shawn M. Dunlevy (#123626)
700 Lonsdale Building
302 West Superior Street
Duluth, MN 55802
(218) 722-0861

**ATTORNEYS FOR DEFENDANT**

**ORDER**

Based on the foregoing stipulation, it is hereby ordered that the above Stipulation shall be and hereby is adopted as the Order of this Court, and that Plaintiff's claims against Defendant, and Defendant's counterclaims against Plaintiff, or any claims or counterclaims which could have been alleged in this action, are hereby dismissed with prejudice and without cost to any party hereto.

There being no just reason for delay, LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 1/18/02

BY THE COURT:

DONOVAN W. FRANK
Judge of United States District Court

178723.1